

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keri Alicia Deguzman | Civil Action No.   19-cv-01328-BLM |
| **Plaintiff,** | |
| V. | |
| Andrew Saul, Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's motion is GRANTED IN PART AND DENIED IN PART and Defendant's Cross-Motion for Summary Judgment is GRANTED IN PART AND DENIED IN PART. This Court REVERSES the ALJ's decision and REMANDS for further proceedings to address the errors noted in this Order.

**Date:**   8/14/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Exler

M. Exler, Deputy